IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFONZO ALEXANDER, JR.,

Defendant.

CRIMINAL ACTION NO.: 4:19CR39

# ORDER

This matter is before the Court on the Motion for Leave of Absence by Laura G. Hastay, counsel for Defendant Alfonzo Alexander, Jr., for the dates of April 19, 2019 and July 8, 2019 through July 23, 2019. (Doc. 10.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 21st day of March, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA