IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFONZO ALEXANDER,

    Defendant.

CRIMINAL ACTION NO.: 4:19CR39

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Laura G. Hastay, counsel for Defendant, for the date of May 31, 2019. (Doc. 33.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 7th day of May, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA