UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | 4:19-CR-39 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| ALFONZO ALEXANDER | ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence by Assistant United States Attorney Joshua S. Bearden for the dates of June 16th through July 1st 2019, for Military Duty, the same is hereby GRANTED, however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED this 13th day of June, 2019.

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA